Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant VENRURE OAKS HOTEL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>  Plaintiff,<br>vs.<br><br>VENTURE OAKS HOTEL, LLC, a California limited liability company dba SpringHill Suites Sacramento Natomas,<br><br>  Defendant. | Case No. 2:20-CV-01028 WBS CKD<br><br>**ORDER THEREON CONTINUING INITIAL SCHEDULING CONFERENCE** |
|---|---|

The parties jointly move the Court for an Order continuing the Initial Scheduling Conference currently set for September 28, 2020. The parties have conferred, but due to the illness of Plaintiff's counsel and counsel for Defendant's family health crisis, the parties were unable to prepare a Joint Report for filing today, and Defendant's counsel agreed to prepare this Stipulation and Order at Plaintiff's counsel's request. The extension is requested in good faith and no prejudice will occur for either party.

Accordingly, the joint request to continue the initial scheduling conference is GRANTED.  The Initial Scheduling Conference is continued from September 28, 2020 to **December 21, 2020 at 1:30 p.m.**   A joint status report shall be filed no later than **December 7, 2020**.

1 | **IT IS SO ORDERED.**

2 | **Dated:  September 16, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE