UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THERESA BROOKE, | No. 2:20-cv-01028-WBS-CKD |
| Plaintiff, | |
| v. | ORDER |
| VENTURE OAKS HOTEL LLC, | |
| Defendant. | |

----oo0oo----

In light of the defendant's objections to the order referring the case to the court's voluntary dispute resolution program ("VDRP"), the court vacated its order referring the case to VDRP and issued a scheduling order. The "V" in VDRP stands for "voluntary." The facilitators of VDRP sessions volunteer their time with the expectation that they may be instrumental in resolving disputes short of trial, and the parties voluntarily participate with the hope of saving the time and expense of costly and prolonged litigation. The court has not found such proceedings to be productive unless both sides are willing to

1

participate in good faith.  Because the order referring the case to VDRP was vacated, the parties are not required to participate in mediation and plaintiff's request to strike defendant's objections and for an order to show cause is DENIED.

IT IS SO ORDERED.

Dated: January 4, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE