# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:20-cv-01028-WBS-CKD |
| Plaintiff, | **ORDER** |
| vs. | |
| VENTURE OAKS HOTEL LLC, | |
| Defendant. | |

Upon Joint Motion,

IT IS ORDERED dismissing the above case with prejudice. Each party shall bear their respective fees and costs.

Dated: May 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE